**Expanded Surveillance of IP Address 98.228.181.61**

**ISP:** Comcast Cable
**Location: Dekalb, IL**

| Hit Date UTC | Filename |
|---|---|
| 08/09/2013 | **Longmire.S02E10.HDTV.x264-ASAP.mp4** |
| 08/06/2013 | **Oblivion (2013) [1080p]** |
| 08/06/2013 | **The Place Beyond the Pines (2012)** |
| 08/05/2013 | **The.Newsroom.2012.S02E04.HDTV.x264-2HD.mp4** |
| 08/05/2013 | **The.Killing.S03E11E12.HDTV.x264-EVOLVE.mp4** |
| 08/05/2013 | **Dexter.S08E06.PROPER.HDTV.x264-ASAP.mp4** |
| 08/05/2013 | **X-Art - Baby (New Romance) 720p NEW August 05, 2013.mp4** |
| 08/05/2013 | **BBC_Match_Of_The_Day_2_22-Oct-2006_XviD** |
| 08/01/2013 | **X-Art - Kaylee - Made for Each Other 540p SD** |
| 07/31/2013 | **The.Killing.S03E10.HDTV.x264-2HD.mp4** |
| 07/31/2013 | **Suits.S03E02.HDTV.x264-EVOLVE.mp4** |
| 07/31/2013 | **Longmire S02E09 HDTV x264-EVOLVE[ettv]** |
| 07/29/2013 | **Dexter S08E05 HDTV x264-ASAP[ettv]** |
| 07/29/2013 | **Savannah.2013.WEBRip XViD juggs** |
| 07/29/2013 | **The.Newsroom.2012.S02E03.REPACK.HDTV.x264-2HD.mp4** |
| 07/28/2013 | **X-Art.com_13.07.26.Kaylee.Kyle.Made.For.Each.Other.XXX.IMAGESET-FuGLi[rarbg]** |
| 07/28/2013 | **X-Art - Burning - Silvie [720p].mov** |
| 07/25/2013 | **X-Art - Make me Feel Beautiful - Jessica [720p].mp4** |
| 07/25/2013 | **Ashley Brookes 2.rar** |
| 07/24/2013 | **The Act Of Killing 2013 DVDRIP x264 SD.mp4** |
| 07/24/2013 | **ack In A Golden Trap Adventure Game Free Download New_____** |
| 07/24/2013 | **Only.God.Forgives.WEBRip.XviD.AC3-WAR** |
| 07/22/2013 | **The.Killing.S03E09.HDTV.x264-EVOLVE.mp4** |
| 07/22/2013 | **X-Art - Leony - Up Close and Personal 540p** |
| 07/22/2013 | **Dexter.S08E04.HDTV.x264-EVOLVE.mp4** |
| 07/22/2013 | **The.Newsroom.2012.S02E02.HDTV.x264-EVOLVE.mp4** |
| 07/22/2013 | **Dexter S08E04 HDTV x264-EVOLVE[ettv]** |
| 07/20/2013 | **[ www.Torrenting.com ] - Only.God.Forgives.2013.HDRip.x264-AcTUALitY** |
| 07/17/2013 | **Longmire.S02E08.HDTV.x264-ASAP.mp4** |
| 07/17/2013 | **The.Story.of.Luke.2012.WEBRip XViD juggs** |
| 07/17/2013 | **x-art_baby_gianna_pool_party_for_three_540.mp4** |
| 07/15/2013 | **Ray.Donovan.S01E03.HDTV.x264-ASAP.mp4** |
| 07/15/2013 | **The.Newsroom.2012.S02E01.HDTV.x264-2HD.mp4** |
| 07/15/2013 | **Dexter S08E03 HDTV x264-ASAP[ettv]** |
| 07/15/2013 | **The.Killing.S03E08.HDTV.x264-2HD.mp4** |
| 07/12/2013 | **[X-Art] - Ana [Hot Chocolate]** |
| 07/11/2013 | **Ray.Donovan.S01E02.REPACK.HDTV.x264-ASAP.mp4** |
| 07/09/2013 | **Longmire.S02E07.HDTV.x264-EVOLVE[rarbg]** |
| 07/08/2013 | **The.Killing.S03E07.HDTV.x264-ASAP.mp4** |
| 07/08/2013 | **Dexter S08E02 HDTV x264-ASAP[ettv]** |
| 07/08/2013 | **Ray.Donovan.S01E01.HDTV.x264-EVOLVE.mp4** |
| 07/08/2013 | **X-Art.com_13.07.07.Ana.Hot.Chocolate.XXX.IMAGESET-FuGLi[rarbg]** |
| 07/07/2013 | **Sin City trailer.mp4** |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 07/07/2013 | X-Art - Carrie - Stay for a While |
| 07/07/2013 | x-art.com ~ beautiful erotica.mp4 |
| 07/03/2013 | Longmire.S02E06.REPACK.HDTV.x264-EVOLVE.mp4 |
| 07/02/2013 | Oh Mia.mov |
| 07/02/2013 | The Killing S03E06 HDTV x264-ASAP[ettv] |
| 07/01/2013 | Dexter.S08E01.HDTV.x264-2HD.mp4 |
| 06/27/2013 | X-Art - Angelica - Dreams Do Come True |
| 06/25/2013 | The.Killing.S03E05.HDTV.x264-2HD.mp4 |
| 06/24/2013 | x-art_presley_logan_rose_petals_720.mp4 |
| 06/24/2013 | x-art_jessica_model_couple_540.mp4 |
| 06/24/2013 | The Killing S03E05 HDTV x264-2HD[ettv] |
| 06/22/2013 | x-art_kristen_working_out_together_540-chkm8te.wmv |
| 06/22/2013 | Jessie.Andrews.Farewell.X.Art.2012_iyutero.com.mp4 |
| 06/22/2013 | test2 |
| 06/22/2013 | X-Art Avril (L.A. Love) |
| 06/22/2013 | Star.Trek.Voyager.S04 |
| 06/22/2013 | X-Art.com_13.06.21.Jessica.Model.Couple.XXX.IMAGESET-FuGLi[rarbg] |
| 06/21/2013 | 11.08.15.Maryjane_X-Art.mov |
| 06/21/2013 | The Sundays - Reading, Writing and Arithmetic.rar |
| 06/21/2013 | X-Art - Formidable Beauty - Beatrice [720p].mp4 |
| 06/21/2013 | prnfle1755x.wmv |
| 06/21/2013 | prnfle881x.wmv |
| 06/21/2013 | 0062_Bobbi_Chris.wmv |
| 06/21/2013 | [2012] Cloud Atlas EXTENDED DVDRip XviD-COCAIN |
| 06/20/2013 | [X-Art] Kiera (Late For Work).mp4 |
| 06/20/2013 | x-art_alice_seth_featherlight_540.mp4 |
| 06/20/2013 | x-art_carmen_paradise_found_720.wmv |
| 06/20/2013 | prnfle1798x.mov |
| 06/20/2013 | Discovery.Channel.Worlds.Biggest.Airliner.S01E03.PDTV.XviD-FTP.avi |
| 06/20/2013 | Osprey Ess-003 - The Napoleonic Wars Vol 1 - The Rise Of The Emperor 1805-1807.pdf |
| 06/20/2013 | x-art_gianna_apartment4_540.mov |
| 06/20/2013 | X.Art.Grace.Foot.Fetish.pornalized.wmv |
| 06/20/2013 | Avril.Hall.Young.Hot.XArt.2012_iyutero.com.wmv |
| 06/20/2013 | Addison.Positively.In.Love.X.Art.07.03.12_iyutero.com.wmv |
| 06/20/2013 | x-art_addison_logan_circles_of_bliss_540.mov |
| 06/20/2013 | Carmen (Jessie Roggers) - Late Night.mp4 |
| 06/20/2013 | Stargate.Atlantis.S03E14.HR.HDTV.AC3.5.1.XviD-NBS_SYNCFIX |
| 06/20/2013 | x-art_addison_unforgettable_view_II_540.wmv |
| 06/20/2013 | Dance Hall Crashers - Lockjaw |
| 06/20/2013 | A Balladeer-Panama.rar |
| 06/20/2013 | X-Art - One Night Stand - Abby [720p].wmv |
| 06/20/2013 | Premier Press, Microsoft ASP.Net Professional Projects 2002.pdf |
| 06/20/2013 | x_art_gianna_a_love_story_540.mov |
| 06/20/2013 | X-Art - Erica - Slow Motion (1080p).mov |
| 06/20/2013 | Tykho Moon_Fr.avi |
| 06/19/2013 | Longmire.S02E04.HDTV.x264-EVOLVE.mp4 |
| 06/17/2013 | X-Art - Morning Memories - Cindy [720p].wmv |
| 06/17/2013 | Patchwork - 1998 Patchwork (New Age Synth) |
| 06/17/2013 | Lia.Black.and.White.XArt.2013.HD_iyutero.com.wmv |
| 06/17/2013 | Leila.and.Christian.Sex.with.passion.X.Art.2010.FullHD_iyutero.com.wmv |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 06/17/2013 | Ajax Patterns and Best Practices.pdf |
| 06/17/2013 | The.Killing.S03E04.HDTV.x264-EVOLVE.mp4 |
| 06/15/2013 | VICE.S01E10.HDTV.x264-2HD.mp4 |
| 06/15/2013 | x-art_connie_play_me_720.mp4 |
| 06/14/2013 | Hjalle and Heavy |
| 06/14/2013 | David Bisbal - Premonicion (Retail 2006) - Latin [www.torrentazos.com].rar |
| 06/14/2013 | Led Zeppelin Collection |
| 06/14/2013 | Katka.Cum.Like.Crazy.XArt.2012.FullHD_iyutero.com.mov |
| 06/14/2013 | x-art_logan_bunny_another_night_540.mp4 |
| 06/14/2013 | X-Art - Evening at Home Part 2 - Brooklyn [720p].wmv |
| 06/13/2013 | x-art_silvie_meet_me_in_madrid_720.mp4 |
| 06/12/2013 | Longmire.S02E02.HDTV.x264-2HD.mp4 |
| 06/12/2013 | Longmire.S02E03.HDTV.x264-EVOLVE.mp4 |
| 06/11/2013 | 4213413XA_Veronica_The_Dorm_720p.wmv |
| 06/11/2013 | prnfle830x.wmv |
| 06/10/2013 | X-ART - Stay With Me - Tabitha.avi |
| 06/10/2013 | Vice.S01E09.HDTV.XviD-AFG.avi |
| 06/10/2013 | Game.of.Thrones.S03E10.HDTV.x264-EVOLVE.mp4 |
| 06/09/2013 | Season 4 |
| 06/09/2013 | George R. R. Martin |
| 06/07/2013 | Defiance.S01E07.HDTV.x264-EVOLVE.mp4 |
| 06/06/2013 | X-Art - Bunny (Bottoms Up).wmv |
| 06/05/2013 | X-Art.com_13.06.02.Silvie.Meet.Me.In.Madrid |
| 06/03/2013 | La Vraie vie des profs (2013).FRENCH.DVD.Rip.XviD................. ARROW |
| 06/03/2013 | [ www.Torrenting.com ] - How.Sex.Changed.the.World.S01E01.Americas.Sex.Pioneers.HDTV.XviD-AFG |
| 06/02/2013 | x-art_barbie_rolling_in_the_sheets_540.wmv |
| 06/01/2013 | Hannibal.S01E10.HDTV.x264-LOL.mp4 |
| 06/01/2013 | [ www.UsaBit.com ] - Jack the Giant Slayer 2013 BRRip x264-PLAYNOW.mp4 |
| 05/30/2013 | Constance.X.Art.on.TV.X.Art.2011_iyutero.com.mov |
| 05/30/2013 | Arrested Development |
| 05/30/2013 | Jean M Auel - Mammutjägarna |
| 05/28/2013 | Longmire.S02E01.HDTV.x264-EVOLVE.mp4 |
| 05/28/2013 | Revolution.2012.S01E19.HDTV.x264-LOL.mp4 |
| 05/28/2013 | The.Borgias.S03E09.WEBRip.x264-KYR.mp4 |
| 05/27/2013 | 10.12.29.X-Art.tiffany_teenagers_in_love_720.mov |
| 05/27/2013 | Mad.Men.S06E09.HDTV.x264-EVOLVE.mp4 |
| 05/27/2013 | Arrested Development S04E03 WEBRip XviD-SaM[ettv] |
| 05/27/2013 | Defiance S01E06 HDTV x264-2HD[ettv] |
| 05/27/2013 | x-art_susie_vacation_fantasy_540.mov |
| 05/27/2013 | Arrested Development S04E01 WEBRip XviD-SaM[ettv] |
| 05/27/2013 | The.Borgias.S03E06.HDTV.x264-2HD.mp4 |
| 05/27/2013 | The.Borgias.S03E08.HDTV.x264-EVOLVE.mp4 |
| 05/27/2013 | Arrested Development S04E02 WEBRip XviD-SaM[ettv] |
| 05/26/2013 | x-art_caprice_marry_me_caprice_720.mp4 |
| 05/26/2013 | Identity Thief (2013) |
| 05/26/2013 | Defiance.S01E06.REAL.HDTV.x264-EVOLVE.mp4 |
| 05/25/2013 | x-art_kiera_snow_white_and_the_prince_720.mp4 |
| 05/25/2013 | ova25.avi |
| 05/25/2013 | Hannibal.S01E09.HDTV.x264-LOL.mp4 |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 05/24/2013 | Modern.Family.S04E24.HDTV.x264-LOL.mp4 |
| 05/21/2013 | Mad.Men.S06E08.HDTV.x264-EVOLVE.mp4 |
| 05/20/2013 | Game of Thrones S03E08 HDTV x264-EVOLVE[ettv] |
| 05/18/2013 | The.Office.US.S09E24E25.HDTV.x264-LOL.mp4 |
| 05/18/2013 | Vice.S01E07.HDTV.x264-2HD.mp4 |
| 05/18/2013 | 2005 - A Song of Ice and Fire 4 - A Feast for Crows (read by Roy Dotrice) |
| 05/18/2013 | Hannibal.S01E08.HDTV.x264-2HD.mp4 |
| 05/14/2013 | The.Apprentice.S13E11.HDTV.x264-BAJSKORV.mp4 |
| 05/14/2013 | Mad.Men.S06E07.HDTV.x264-EVOLVE.mp4 |
| 05/12/2013 | Vegas.S01E21.HDTV.x264-LOL.mp4 |
| 05/11/2013 | Vice.S01E06.HDTV.x264-EVOLVE.mp4 |
| 05/10/2013 | x-art_baby_tyler_names_540.wmv |
| 05/10/2013 | Euro.Sex.Party.2.XXX.DVDRip.XviD-Pr0nStarS |
| 05/10/2013 | The.Office.US.S09E22E23.HDTV.x264-LOL.mp4 |
| 05/10/2013 | Person.of.Interest.S02E22.HDTV.x264-LOL.mp4 |
| 05/07/2013 | Revolution.2012.S01E16.HDTV.x264-LOL.mp4 |
| 05/07/2013 | Farrah Superstar Backdoor Teen Mom |
| 05/07/2013 | Defiance.S01E04.HDTV.x264-ASAP.mp4 |
| 05/06/2013 | Game.of.Thrones.S03E06.HDTV.x264-2HD[rarbg] |
| 05/06/2013 | Mad.Men.S06E06.HDTV.x264-EVOLVE.mp4 |
| 05/06/2013 | X-Art - The Young and The Restless - Scarlet [720p].wmv |
| 05/06/2013 | KissingGirls.wmv |
| 05/06/2013 | x-art_silvie_unbelievably_beautiful_720.wmv |
| 05/05/2013 | x-art_sandra_simply_beautiful_540.wmv |
| 05/05/2013 | The.Borgias.S03E05.WEBRip.x264-KYR.mp4 |
| 05/05/2013 | Vice.S01E05.HDTV.x264-2HD.mp4 |
| 05/04/2013 | Vegas S01E20 HDTV x264-LOL[ettv] |
| 05/03/2013 | x-art_capri_tyler_green_eyes_540.wmv |
| 05/03/2013 | Person.of.Interest.S02E21.HDTV.x264-LOL.mp4 |
| 05/03/2013 | Discovery.Channel.Hitlers.Doctors.Deadly.Reforms.PDTV.XviD-DEFiNiTE.avi |
| 05/03/2013 | Hannibal.S01E03.HDTV.x264-LOL.mp4 |
| 05/03/2013 | Hannibal.S01E05.Coquilles.HDTV.x264-2HD.mp4 |
| 05/03/2013 | The.Office.US.S09E21.HDTV.X264-LOL.mp4 |
| 05/03/2013 | x-art_angelica_getting_down_720.wmv |
| 05/03/2013 | Hannibal.S01E04.Ceuf.WebRip.x264-ANON.mp4 |
| 05/03/2013 | Hannibal.S01E02.HDTV.x264-LOL.mp4 |
| 05/03/2013 | The.Americans.2013.S01E13.HDTV.x264-LOL.mp4 |
| 05/03/2013 | Hannibal.S01E01.HDTV.x264-LOL.mp4 |
| 05/03/2013 | Parks.and.Recreation.S05E22.HDTV.x264-LOL.mp4 |
| 05/01/2013 | Treulababbu.(Le.ragioni.dei.bambini).2013.DVDRip.XviD-playXD |
| 04/30/2013 | Planet of The Apes (1968) |
| 04/29/2013 | Led Zeppelin - IV[1971]cdRipMagicfingers] |
| 04/29/2013 | The Doors - L.A. Woman (1971). butchT Greatest Albums of all Time |
| 04/29/2013 | Vice.S01E04.HDTV.x264-2HD.mp4 |
| 04/29/2013 | George R. R. Martin - A Song of Ice and Fire |
| 04/29/2013 | Vikings.S01E09.HDTV.x264-2HD.mp4 |
| 04/29/2013 | Game.of.Thrones.S03E05.HDTV.x264-2HD.mp4 |
| 04/29/2013 | Mad.Men.S06E05.HDTV.x264-EVOLVE.mp4 |
| 04/27/2013 | The.Americans.2013.S01E12.HDTV.x264-LOL.mp4 |
| 04/27/2013 | Parks.and.Recreation.S05E21.HDTV.x264-LOL.mp4 |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 04/27/2013 | The.Office.US.S09E20.HDTV.x264-LOL.mp4 |
| 04/27/2013 | Person.of.Interest.S02E20.HDTV.x264-LOL.mp4 |
| 04/25/2013 | Gangster Squad (2013) DVDRip XviD-MAXSPEED |
| 04/25/2013 | PBS.The.Central.Park.Five.2013.720p.x264.AAC.MVGroup.org.mp4 |
| 04/23/2013 | Defiance.S01E02.HDTV.x264-EVOLVE.mp4 |
| 04/23/2013 | POSTER GIRL [2010] DVB Rip Xvid [StB] |
| 04/22/2013 | Game of Thrones S03E04 HDTV x264-EVOLVE[ettv] |
| 04/22/2013 | Vikings.S01E08.HDTV.x264-2HD.mp4 |
| 04/20/2013 | Vice.S01E03.HDTV.x264-EVOLVE.mp4 |
| 04/20/2013 | Vegas.S01E18.HDTV.x264-LOL.mp4 |
| 04/20/2013 | x-art_bunny_scarlet_tyler_fashion_models_720.mp4 |
| 04/19/2013 | Parks.and.Recreation.S05E20.HDTV.x264-LOL.mp4 |
| 04/19/2013 | The.Americans.2013.S01E11.HDTV.x264-LOL.mp4 |
| 04/18/2013 | Jack.Reacher.2012.BRRip XViD AC3 juggs |
| 04/16/2013 | The Walking Dead 109 (2013) (Digital) (Zone-Empire).cbr |
| 04/16/2013 | playnow-Defiance.s01e01_hdtv_x264-1.mp4 |
| 04/16/2013 | 11.05.27.Mia_X-Art.mov |
| 04/16/2013 | Family.Guy.S11E15.HDTV.x264-LOL.mp4 |
| 04/16/2013 | Mad Men S06E03 PROPER HDTV XviD-FUM[ettv] |
| 04/15/2013 | Minneslunden-Vita_Fatigue-CDR-SE-2006-AKM |
| 04/15/2013 | 17.Mar.2007.XBMC.XBOX.MediaCenter.2.0.GasGiver |
| 04/15/2013 | The.Borgias.S03E01.WEBRip.x264-KYR.mp4 |
| 04/15/2013 | The.Borgias.S03E02.WEBRip.x264-KYR.mp4 |
| 04/15/2013 | prnfle2002x.mov |
| 04/15/2013 | Game.of.Thrones.S03E03.HDTV.x264-EVOLVE.mp4 |
| 04/15/2013 | ACDC - Best Of AC-DC (Full Album).mp3 |
| 04/14/2013 | X-Art Carmen Late Night.mov |
| 04/12/2013 | Parks.and.Recreation.S05E18.HDTV.x264-LOL.mp4 |
| 04/12/2013 | The.Americans.2013.S01E10.HDTV.x264-LOL.mp4 |
| 04/12/2013 | Legit.S01E13.HDTV.x264-EVOLVE.mp4 |
| 04/12/2013 | Glee.S04E18.HDTV.x264-LOL.mp4 |
| 04/12/2013 | Archer.2009.S04E13.HDTV.x264-ASAP.mp4 |
| 04/11/2013 | Modern.Family.S04E20.HDTV.x264-LOL.mp4 |
| 04/10/2013 | Revolution.2012.S01E13.HDTV.x264-LOL.mp4 |
| 04/08/2013 | Mad.Men.S06E01-E02.PROPER.HDTV.x264-2HD.mp4 |
| 04/03/2013 | [ www.UsaBit.com ] - My Awkward Sexual Adventure 2012 720p BRRip x264-PLAYNOW.mp4 |
| 04/02/2013 | Remu Plays - Hurriganes  Roadrunner Tour |
| 04/02/2013 | Plebs.S01E02.HDTV.x264-TLA.mp4 |
| 04/02/2013 | Plebs.S01E01.HDTV.x264-TLA.mp4 |
| 04/01/2013 | Game of Thrones S03E01 HDTV x264-2HD[ettv] |
| 03/30/2013 | The Walking Dead 108 (2013) (digital) (Zone-Empire).cbr |
| 03/29/2013 | Archer.2009.S04E11.HDTV.x264-EVOLVE.mp4 |
| 03/29/2013 | Legit.S01E11.HDTV.x264-LOL.mp4 |
| 03/28/2013 | Modern.Family.S04E18.HDTV.x264-LOL.mp4 |
| 03/27/2013 | Guns.The.Evolution.of.Firearms.2of7.From.the.Flintlock.to.the.Percussion.Cap.DVDRip.XviD.AC3.MVGroup.org.avi |
| 03/27/2013 | Justified.S04E12.HDTV.x264-ASAP.mp4 |
| 03/26/2013 | [ www.UsaBit.com ] - Paperman.2012.DVDRip.XviD-OSCARS |
| 03/26/2013 | Revolution 2012 S01E11 HDTV x264-LOL[ettv] |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 03/26/2013 | Shameless US S03E10 HDTV x264-ASAP[ettv] |
| 03/26/2013 | Paperman.2012.720p.BluRay.DTS.x264-PublicHD |
| 03/25/2013 | Californication.S06E11.HDTV.x264-2HD.mp4 |
| 03/25/2013 | Being Human US Season 1 HDTV XviD [ExtremlymTorrents] |
| 03/24/2013 | x-art_kiera_seth_late_for_work_540.mp4 |
| 03/23/2013 | Archer.2009.S04E10.HDTV.x264-2HD.mp4 |
| 03/23/2013 | The.Office.US.S09E13.HDTV.x264-LOL.[VTV].mp4 |
| 03/23/2013 | Legit.S01E10.HDTV.x264-LOL.mp4 |
| 03/23/2013 | The.Office.US.S09E11.HDTV.x264-LOL.[VTV].mp4 |
| 03/23/2013 | The.Office.US.S09E14.HDTV.x264-LOL.[VTV].mp4 |
| 03/23/2013 | The.Office.US.S09E08.HDTV.x264-LOL.[VTV].mp4 |
| 03/23/2013 | The.Office.US.S09E16.HDTV.x264-LOL.mp4 |
| 03/23/2013 | The.Office.US.S09E15.HDTV.x264-LOL.[VTV].mp4 |
| 03/22/2013 | The Office US - The Complete Season 8 [HDTV] |
| 03/22/2013 | Busou Shinki Character Song Series HINA.zip |
| 03/22/2013 | The.Americans.2013.S01E08.HDTV.x264-LOL.mp4 |
| 03/21/2013 | [Ghost-Hunter]Hunter_X_Hunter_22_2011_HD_8bits_[BDrip_1280x720_x264-AAC]_[F5BD8217]_VOSTFR.mp4 |
| 03/21/2013 | Workaholics.S03E20.HDTV.x264-EVOLVE.mp4 |
| 03/20/2013 | Justified.S04E11.HDTV.x264-ASAP.mp4 |
| 03/18/2013 | Vikings.S01E03.HDTV.x264-2HD.mp4 |
| 03/18/2013 | Vikings.S01E04.HDTV.x264-2HD.mp4 |
| 03/18/2013 | Shameless.US.S03E09.HDTV.x264-ASAP.mp4 |
| 03/18/2013 | The Collection 2012 DVDRip XViD-MELL |
| 03/18/2013 | Californication.S06E10.HDTV.x264-2HD.mp4 |
| 03/15/2013 | The.Office.US.S09E17.HDTV.x264-LOL.mp4 |
| 03/15/2013 | Person.of.Interest.S02E18.HDTV.x264-LOL.mp4 |
| 03/15/2013 | Parks.and.Recreation.S05E16.HDTV.x264-LOL.mp4 |
| 03/14/2013 | Workaholics S03E19 HDTV x264-EVOLVE[ettv] |
| 03/14/2013 | The Americans 2013 S01E07 HDTV x264-LOL[ettv] |
| 03/12/2013 | Vikings.S01E03.Dispossessed.PREAiR.WEBRip.x264-UNPOPULAR.mp4 |
| 03/11/2013 | Shameless.US.S03E08.HDTV.x264-EVOLVE.mp4 |
| 03/11/2013 | Vikings.S01E02.HDTV.x264-2HD.mp4 |
| 03/11/2013 | Mr.Selfridge.1x10.HDTV.x264-FoV.mp4 |
| 03/11/2013 | Californication.S06E09.HDTV.x264-2HD.mp4 |
| 03/08/2013 | The.Americans.2013.S01E06.HDTV.x264-LOL.mp4 |
| 03/08/2013 | Archer.2009.S04E08.HDTV.x264-ASAP.mp4 |
| 03/08/2013 | Legit.S01E08.HDTV.x264-LOL.mp4 |
| 03/08/2013 | Person.of.Interest.S02E17.HDTV.x264-LOL.mp4 |
| 03/07/2013 | Californication.S06E08.HDTV.x264-2HD.mp4 |
| 03/07/2013 | Six Feet Under - Season 4 |
| 03/06/2013 | Justified S04E09 HDTV x264-2HD[ettv] |
| 03/04/2013 | The Walking Dead S03E12 HDTV x264-EVOLVE[ettv] |
| 03/04/2013 | Six Feet Under - Season 3 DVD |
| 03/04/2013 | Shameless US S03E07 HDTV x264-EVOLVE[ettv] |
| 03/04/2013 | Mr.Selfridge.1x09.HDTV.x264-FoV.mp4 |
| 03/04/2013 | Vikings S01E01 HDTV x264-2HD[ettv] |
| 03/02/2013 | Workaholics.S03E15.HDTV.XviD-AFG |
| 03/02/2013 | Workaholics.S03E12.REPACK.HDTV.x264-2HD.mp4 |
| 03/02/2013 | Workaholics.S03E13.HDTV.x264-2HD.mp4 |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 03/01/2013 | Archer.2009.S04E07.PROPER.HDTV.x264-EVOLVE.mp4 |
| 03/01/2013 | Legit.S01E07.HDTV.x264-LOL.mp4 |
| 02/28/2013 | MISS Teen DELAWARE Melissa King Porn Video-chkm8te.wmv |
| 02/28/2013 | Modern Family S04E17 HDTV x264-LOL[ettv] |
| 02/28/2013 | [ www.TorrentDay.com ] - The.Americans.2013.S01E05.HDTV.x264-LOL |
| 02/25/2013 | House.Of.Cards.2013.S01E09.WEBRip.XVID-AVIGUY.avi |
| 02/25/2013 | House.Of.Cards.2013.S01E12.WEBRip.x264-TRiC.mp4 |
| 02/25/2013 | Shameless.US.S03E06.HDTV.x264-ASAP.mp4 |
| 02/25/2013 | Forever Young |
| 02/25/2013 | House.Of.Cards.2013.S01E11.WEBRip.XVID-AVIGUY.avi |
| 02/25/2013 | House.Of.Cards.2013.S01E13.WEBRip.XVID-AVIGUY.avi |
| 02/25/2013 | The Walking Dead S03E11 HDTV x264-2HD[ettv] |
| 02/25/2013 | House.Of.Cards.2013.S01E08.WEBRip.XVID-AVIGUY.avi |
| 02/25/2013 | Mr.Selfridge.S01E08.HDTV.x264-RiVER.mp4 |
| 02/25/2013 | Californication.S06E07.HDTV.x264-2HD.mp4 |
| 02/25/2013 | House.Of.Cards.2013.S01E10.WEBRip.XVID-AVIGUY.avi |
| 02/25/2013 | Weed.Country.S01E01.HDTV.x264-YesTV.mp4 |
| 02/23/2013 | National Geographic-Killing Lincoln [2013] |
| 02/22/2013 | Suits.S02E16.HDTV.x264-2HD.mp4 |
| 02/22/2013 | SILVER LININGS DVDRIP EDAW2013 |
| 02/22/2013 | Elementary.S01E17.HDTV.x264-LOL.mp4 |
| 02/22/2013 | Legit.S01E06.HDTV.x264-LOL.mp4 |
| 02/22/2013 | Parks.and.Recreation.S05E15.HDTV.x264-LOL.mp4 |
| 02/21/2013 | Modern.Family.S04E16.HDTV.x264-LOL.mp4 |
| 02/21/2013 | The.Americans.2013.S01E04.HDTV.x264-LOL.mp4 |
| 02/20/2013 | Vegas S01E15 HDTV x264-LOL[ettv] |
| 02/20/2013 | Utopia.1x06.HDTV.x264-FoV.mp4 |
| 02/20/2013 | House.Of.Cards.2013.S01E07.WEBrip.XVID-AVIGUY.avi |
| 02/20/2013 | Justified.S04E07.HDTV.x264-2HD.mp4 |
| 02/19/2013 | House.Of.Cards.2013.S01E04.WEBRip.XVID-AVIGUY.avi |
| 02/19/2013 | House.Of.Cards.2013.S01E06.480p.WEBRip.x264-BTN.mkv |
| 02/19/2013 | Utopia.1x04.HDTV.x264-FoV.mp4 |
| 02/19/2013 | House.of.Cards.2013.S01E01.REPACK.HDTV.x264-ASAP.mp4 |
| 02/19/2013 | House.Of.Cards.2013.S01E05.WEBRip.XVID-AVIGUY.avi |
| 02/18/2013 | Shameless.US.S03E05.HDTV.x264-2HD.mp4 |
| 02/18/2013 | Mr_Selfridge.1x07.HDTV_x264-FoV.mp4 |
| 02/15/2013 | x-art_kaylee_ian_first_love_540.mov |
| 02/15/2013 | X-Art - Starting Over - Jessie [720p].mp4 |
| 02/15/2013 | 2000 - Top Secret (Greatest Hits) [192] |
| 02/15/2013 | Legit.S01E05.HDTV.x264-LOL.mp4 |
| 02/15/2013 | X-Art - A Little Rain Must Fall - Angelica [720p].wmv |
| 02/15/2013 | Parks.and.Recreation.S05E13.HDTV.x264-LOL.mp4 |
| 02/15/2013 | Het.s?.in.i.Norden.XXX.DVDRip.avi |
| 02/15/2013 | Zero.Hour.US.S01E01.HDTV.x264-LOL.mp4 |
| 02/15/2013 | Archer.2009.S04E05.PROPER.HDTV.x264-2HD.mp4 |
| 02/15/2013 | Person.of.Interest.S02E15.HDTV.x264-LOL.mp4 |
| 02/13/2013 | Utopia.1x01.HDTV.x264-FoV.mp4 |
| 02/12/2013 | Californication.S06E05.HDTV.x264-EVOLVE.mp4 |
| 02/12/2013 | Taylor Swift - Red [Deluxe Version] (2012) |
| 02/11/2013 | The.Walking.Dead.S03E09.HDTV.x264-2HD |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 02/11/2013 | Mr.Selfridge.1x06.HDTV.x264-FoV.mp4 |
| 02/11/2013 | Shameless.US.S03E04.HDTV.x264-2HD.[VTV].mp4 |
| 02/10/2013 | Californication.S06E04.HDTV.x264-2HD.mp4 |
| 02/10/2013 | Tori.Torrid.Love.X.Art.2010.FullHD_iyutero.com.wmv |
| 02/10/2013 | The.Americans.2013.S01E02.HDTV.x264-LOL.[VTV].mp4 |
| 02/08/2013 | Person.of.Interest.S02E14.HDTV.x264-LOL.mp4 |
| 02/08/2013 | Parks.and.Recreation.S05E12.HDTV.x264-LOL.mp4 |
| 02/07/2013 | Modern.Family.S04E14.HDTV.x264-LOL.mp4 |
| 02/06/2013 | Vegas.S01E14.HDTV.x264-LOL.mp4 |
| 02/06/2013 | Justified.S04E05.PROPER.HDTV.x264-2HD.mp4 |
| 01/29/2013 | Tom Tykwer, Johnny Klimek and Reinhold Heil - Cloud Atlas (Original Motion Picture Soundtrack) 2012 OST 320kbps CBR MP3 [VX] [P2PDL] |
| 01/28/2013 | Mr.Selfridge.1x04.HDTV.x264-FoV.mp4 |
| 01/28/2013 | Californication S06E03 HDTV x264-ASAP[ettv] |
| 01/28/2013 | Shameless.US.S03E03.HDTV.x264-ASAP.[VTV].mp4 |
| 01/26/2013 | The.Mob.Doctor.S01E10.HDTV.x264-LOL.mp4 |
| 01/26/2013 | The.Mob.Doctor.S01E12.HDTV.x264-LOL.mp4 |
| 01/26/2013 | The.Mob.Doctor.S01E09.REPACK.HDTV.x264-2HD.mp4 |
| 01/26/2013 | The.Mob.Doctor.S01E11.HDTV.x264-LOL.mp4 |
| 01/26/2013 | The.Mob.Doctor.S01E13.HDTV.x264-LOL.mp4 |
| 01/26/2013 | The.Mob.Doctor.S01E07.HDTV.x264-2HD.mp4 |
| 01/25/2013 | 30.Rock.S07E11.HDTV.x264-LOL.mp4 |
| 01/25/2013 | Mr.Selfridge.S01E01.HDTV.XVID-AVIGUY.avi |
| 01/25/2013 | Pitch.Perfect.2012.DVDRip.XviD-SPARKS |
| 01/25/2013 | Parks.and.Recreation.S05E11.HDTV.x264-LOL.mp4 |
| 01/24/2013 | The Adventures of Tintin (2011) [1080p] |
| 01/24/2013 | Prosecuting.Casey.Anthony.2013.HDTV.XviD-AFG |
| 01/24/2013 | Modern.Family.S04E13.HDTV.x264-LOL.mp4 |
| 01/24/2013 | Mr.Selfridge.S01E02.HDTV.x264-TLA.mp4 |
| 01/23/2013 | Justified.S04E03.PROPER.HDTV.x264-2HD.mp4 |
| 01/22/2013 | The.Beaver.2011.HDRip.XVID.AC3.avi |
| 01/22/2013 | The.Following.S01E01.HDTV.x264-LOL.mp4 |
| 01/21/2013 | Californication.S06E02.HDTV.x264-EVOLVE.mp4 |
| 01/21/2013 | Shameless.US.S03E02.HDTV.x264-ASAP.[VTV].mp4 |
| 01/21/2013 | Enlightened.S01E01.HDTV.XviD-ASAP.avi |
| 01/20/2013 | BT5R3-GNOME-64 |
| 01/20/2013 | Life of Pi 2012 DVDSCR Xvid Ac3-ADTRG |
| 01/18/2013 | 30.Rock.S07E10.HDTV.x264-LOL.mp4 |
| 01/18/2013 | Stand Up Guys 2012 DVDSCR XviD 5.1 - MATiNE |
| 01/18/2013 | Parks.and.Recreation.S05E10.HDTV.x264-LOL.mp4 |
| 01/18/2013 | Suits.S02E11.HDTV.x264-ASAP.[VTV].mp4 |
| 01/18/2013 | Archer 2009 S04E01 HDTV x264-ASAP[ettv] |
| 01/16/2013 | Vegas.S01E12.HDTV.x264-LOL.mp4 |
| 01/16/2013 | Justified.S04E02.HDTV.x264-2HD.mp4 |
| 01/15/2013 | X-Art - Dangerous Game - Jasmine [1080p].wmv |
| 01/15/2013 | OSUvsTTech-xvid.avi |
| 01/15/2013 | x-art_tiffany_like_the_first_time_1080.mov |
| 01/15/2013 | X-Art - Dream Girl - Anneli [1080p].mov |
| 01/15/2013 | [X-Art] - Show You My love - Mary [1080p].mov |
| 01/15/2013 | Killing.Them.Softly.2012.DVDRip.XviD.AC3-nLiBRA |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 01/15/2013 | X-Art - Young Passion - Baby [720p].mp4 |
| 01/15/2013 | x-art_maya_backstage_720.mov |
| 01/15/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 01/15/2013 | X-Art - Young And Hot - Avril [720p].wmv |
| 01/15/2013 | prnfle1044x.mp4 |
| 01/15/2013 | X-Art - Connie - Lovers In Paradise.wmv |
| 01/15/2013 | x-art_leila_yoga_in_the_sky_1080.mov |
| 01/14/2013 | XArt_Mary.Jane342354.avi |
| 01/14/2013 | Zero Dark Thirty (2012) HQ AC3 DD2.0 (Externe Ned Subs) |
| 01/14/2013 | X-Art - My Best Friends Boyfriend - Katka And Mikah [720p] |
| 01/14/2013 | X-Art - Inside Perfection - Angelica [720p].mov |
| 01/14/2013 | CFF 21.wmv |
| 01/14/2013 | X-Art - Caprice-Fucking Perfection.mov |
| 01/14/2013 | Young_Jeezy-The_Inspiration.rar |
| 01/14/2013 | Jurassic.Park.3.2001.NTSC.DVDR-THEBULLS |
| 01/14/2013 | steppenwolf |
| 01/14/2013 | Shameless.US.S03E01.HDTV.x264-ASAP.[VTV].mp4 |
| 01/14/2013 | Californication.S06E01.HDTV.x264-EVOLVE.mp4 |
| 01/14/2013 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov |
| 01/14/2013 | prnfle912x.mov |
| 01/14/2013 | [X-Art] - Prelude to an Orgy - Faye Reagan.wmv |
| 01/14/2013 | x-art_gianna_morning_tryst_540.wmv |
| 01/14/2013 | [ www.Torrenting.com ] - Beasts.of.the.Southern.Wild.2012.LIMITED.BRRIP.XVID-AC3-PULSAR |
| 01/14/2013 | [X-Art] Sex with a Supermodel - Tiffany |
| 01/12/2013 | Valley Of The Wolves Iraq - 2006 |
| 01/12/2013 | X-Art - California Dreams - Tiffany [720p].wmv |
| 01/12/2013 | LES MISERABLES 2013 DVDRIP EDAW2013 |
| 01/12/2013 | Silver.Linings.Playbook.2012.DVDscr.XVID.AC3-BHRG |
| 01/12/2013 | ARGO DVDRIP EDAW2013 |
| 01/12/2013 | x-art_angie_morning_desires_720.wmv |
| 01/12/2013 | Q-X |
| 01/11/2013 | Les Misérables 2012 DVDSCR XVID AC3 BHRG |
| 01/11/2013 | The Full Cupboard of Life |
| 01/11/2013 | Person.of.Interest.S02E11.HDTV.x264-LOL.mp4 |
| 01/11/2013 | Person.of.Interest.S02E12.HDTV.x264-LOL.mp4 |
| 01/11/2013 | 30.Rock.S07E09.HDTV.x264-2HD.mp4 |
| 01/10/2013 | Justified.S04E01.HDTV.x264-2HD.mp4 |
| 01/10/2013 | Vegas.S01E11.HDTV.x264-LOL.mp4 |
| 01/10/2013 | Modern.Family.S04E11.HDTV.x264-LOL.mp4 |
| 01/08/2013 | Anna.Karenina.2012.DVDSCR.XviD-NYDIC |
| 01/07/2013 | [ www.UsaBit.com ] - West Of Memphis.2012.DVDSCR X264 AAC-P2P |
| 01/05/2013 | [ www.Torrenting.com ] - Die Hard 1988 BRRip XviD AC3 - HDSi |
| 01/05/2013 | Flight.2012.DVDSCR.x264.AAC-BiGKATS |
| 01/04/2013 | Kidz Bop Kids - Kidz Bop 23 2013 Full Album |
| 01/02/2013 | The.Hobbit.2012.DVDScr.XVID.AC3.HQ.Hive-CM8.avi |
| 12/31/2012 | Skyfall.DVDSCR.x264-P2P |
| 12/30/2012 | Sony.Vegas.Pro.12.0.build.367.x64.Incl.keygen-P2P |
| 12/26/2012 | Anew Book 1 (The Archers of Avalon) by Chelsea Fine.MOBI |
| 12/26/2012 | J.Edgar[2011]BRRip XviD-ETRG |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 12/24/2012 | Atlas.Shrugged.Part.1.LIMITED.2011.BRRip.XviD-LORE.NovasetRG |
| 12/23/2012 | Cloud Atlas 2012 BDRiP STUDIO AUDIO AC3-sC0rp |
| 12/23/2012 | Cloud Atlas 2012 BRRip Line Audio XViD-RemixHD |
| 12/22/2012 | Cloud.Atlas.2012.BDRip.XviD-MeRCuRY |
| 12/22/2012 | Cloud Atlas [2012] RC BDRip x264 AAC-V3nom |
| 12/22/2012 | Taken.2.2012.DVDRIP.XVID.AC3.5.1.HS |
| 12/21/2012 | The_Walking_Dead_105_28Digital_29_28Zone_Empire_29.cbr |
| 12/19/2012 | Vegas.S01E10.HDTV.x264-LOL.mp4 |
| 12/18/2012 | tails-i386-0.15 |
| 12/17/2012 | Homeland.S02E12.HDTV.x264-ASAP.[VTV].mp4 |
| 12/17/2012 | Dexter.S07E12.HDTV.x264-ASAP.mp4 |
| 12/15/2012 | Total.Recall.2012.DVDRip.XviD-Lum1x |
| 12/15/2012 | Its.Always.Sunny.in.Philadelphia.S08E09.HDTV.x264-ASAP.mp4 |
| 12/15/2012 | The.League.S04E10.HDTV.x264-LOL.mp4 |
| 12/11/2012 | X-Art |
| 12/10/2012 | Dexter.S07E11.HDTV.x264-EVOLVE.mp4 |
| 12/10/2012 | Homeland.S02E11.HDTV.x264-EVOLVE.[VTV].mp4 |
| 12/09/2012 | Trouble.with.the.Curve.2012.DVDRip.XviD-SPARKS |
| 12/08/2012 | Dexter.S05E01.My.Bad.HDTV.XviD-FQM.avi |
| 12/08/2012 | Dexter.S05E04.Beauty.and.the.Beast.HDTV.XviD-FQM.avi |
| 12/08/2012 | Dexter.S05E05.First.Blood.HDTV.XviD-FQM.avi |
| 12/08/2012 | Dexter.S05E03.HDTV.XviD-2HD.avi |
| 12/08/2012 | The.League.S04E09.HDTV.x264-LOL.mp4 |
| 12/08/2012 | Dexter.S04E10.720p.HDTV.x264-RED.mkv |
| 12/08/2012 | 30.Rock.S07E08.HDTV.x264-LOL.mp4 |
| 12/08/2012 | Parks.and.Recreation.S05E09.HDTV.x264-LOL.mp4 |
| 12/08/2012 | Dexter.S05E06.Everything.Is.Illuminated.HDTV.XviD-FQM.avi |
| 12/08/2012 | Dexter.S04E11.720p.HDTV.X264-DIMENSION.mkv |
| 12/07/2012 | End.of.Watch.2012.DVDRip.-Lum1x-.avi |
| 12/07/2012 | Its.Always.Sunny.in.Philadelphia.S08E08.HDTV.x264-2HD.mp4 |
| 12/07/2012 | The.League.S04E08.HDTV.x264-LOL.mp4 |
| 12/07/2012 | The Expendables 2 (2012) [1080p] |
| 12/05/2012 | Sons.of.Anarchy.S05E13.HDTV.x264-ASAP.mp4 |
| 12/03/2012 | Homeland.S02E10.HDTV.x264-EVOLVE.[VTV].mp4 |
| 12/03/2012 | Dexter.S07E10.HDTV.x264-ASAP.mp4 |
| 12/03/2012 | Boardwalk.Empire.S03E12.HDTV.x264-ASAP.mp4 |
| 12/02/2012 | Dexter.S04E06.HDTV.XviD-SYS.avi |
| 12/02/2012 | Dexter.S04E01.PROPER.720p.HDTV.x264-ORENJi.mkv |
| 12/01/2012 | 883_1998_Gli_Anni_[giangy85].exe |
| 12/01/2012 | The.League.S04E07.HDTV.x264-LOL.mp4 |
| 12/01/2012 | Parks.and.Recreation.S05E08.HDTV.x264-LOL.mp4 |
| 12/01/2012 | Person.of.Interest.S02E08.HDTV.x264-LOL.mp4 |
| 12/01/2012 | Dexter.S04E05.Dirty.Harry.HDTV.XviD-FQM.avi |
| 12/01/2012 | Its.Always.Sunny.in.Philadelphia.S08E07.HDTV.x264-2HD.mp4 |
| 12/01/2012 | DJ Willis - Mix of the Week - 08-28-2010 (williswho.com) |
| 12/01/2012 | Grand Theft Auto Vice City 10th Anniversary [iPhone] v.1.0 |
| 11/30/2012 | 30.Rock.S07E07.HDTV.x264-LOL.mp4 |
| 11/29/2012 | Revolution.2012.S01E10.HDTV.x264-LOL.mp4 |
| 11/29/2012 | Vegas.S01E08.HDTV.x264-LOL.mp4 |
| 11/26/2012 | The.Mob.Doctor.S01E08.HDTV.x264-2HD.mp4 |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 11/26/2012 | Homeland.S02E09.HDTV.x264-ASAP.[VTV].mp4 |
| 11/26/2012 | Boardwalk.Empire.S03E11.HDTV.x264-EVOLVE.mp4 |
| 11/26/2012 | Dexter.S07E09.HDTV.x264-ASAP.mp4 |
| 11/25/2012 | Fringe.S05E04.HDTV.x264-LOL.mp4 |
| 11/25/2012 | Fringe.S05E06.HDTV.x264-LOL.mp4 |
| 11/25/2012 | Fringe.S05E05.HDTV.x264-LOL.mp4 |
| 11/24/2012 | Fringe.S05E02.HDTV.x264-LOL.mp4 |
| 11/24/2012 | Fringe.S05E03.HDTV.x264-LOL.mp4 |
| 11/23/2012 | Hunted.1x01.Mort.HDTV.x264-FoV.mp4 |
| 11/22/2012 | South.Park.S16E10.HDTV.x264-ASAP.mp4 |
| 11/22/2012 | South.Park.S16E11.HDTV.x264-ASAP.mp4 |
| 11/21/2012 | South.Park.S16E14.HDTV.x264-ASAP.mp4 |
| 11/21/2012 | South.Park.S16E13.HDTV.x264-ASAP.mp4 |
| 11/21/2012 | Sons.of.Anarchy.S05E11.HDTV.x264-ASAP.mp4 |
| 11/21/2012 | Vegas.S01E07.HDTV.x264-2HD.mp4 |
| 11/19/2012 | Dexter.S07E08.720p.HDTV.x264-IMMERSE.mkv |
| 11/19/2012 | Boardwalk.Empire.S03E10.HDTV.x264-EVOLVE.mp4 |
| 11/17/2012 | Its.Always.Sunny.in.Philadelphia.S08E06.HDTV.x264-ASAP.mp4 |
| 11/17/2012 | The.League.S04E06.HDTV.x264-LOL.mp4 |
| 11/16/2012 | Parks.and.Recreation.S05E07.HDTV.x264-LOL.mp4 |
| 11/16/2012 | 30.Rock.S07E06.HDTV.x264-LOL.mp4 |
| 11/13/2012 | Dexter.S07E07.HDTV.x264-ASAP.[VTV].mp4 |
| 11/13/2012 | The.Walking.Dead.S03E05.HDTV.x264-2HD.[VTV].mp4 |
| 11/13/2012 | Boardwalk.Empire.S03E09.HDTV.x264-EVOLVE.mp4 |
| 11/13/2012 | Homeland.S02E07.HDTV.x264-ASAP.[VTV].mp4 |
| 11/12/2012 | The.Mob.Doctor.S01E06.HDTV.x264-2HD.mp4 |
| 11/12/2012 | dexter.109.hdtv-lol.[VTV].avi |
| 11/11/2012 | Puss in Boots 2011. (Engl.) |
| 11/11/2012 | The.Campaign.EXTENDED.DVDRip.XviD-COCAIN |
| 11/10/2012 | Homeland.S02E03.PROPER.HDTV.x264-EVOLVE.[VTV].mp4 |
| 11/10/2012 | Homeland.S02E05.PROPER.HDTV.x264-EVOLVE.[VTV].mp4 |
| 11/10/2012 | Homeland.S02E06.HDTV.x264-ASAP.[VTV].mp4 |
| 11/09/2012 | Sons.of.Anarchy.S05E09.HDTV.x264-ASAP.mp4 |
| 11/09/2012 | Homeland.S02E02.HDTV.x264-EVOLVE.[VTV].mp4 |
| 11/09/2012 | Homeland.S02E01.HDTV.x264-EVOLVE.[VTV].mp4 |
| 11/08/2012 | Modern.Family.S04E07.HDTV.x264-LOL.mp4 |
| 11/06/2012 | Dexter.S07E06.HDTV.x264-ASAP.mp4 |
| 11/05/2012 | Boardwalk.Empire.S03E08.HDTV.x264-EVOLVE.mp4 |
| 11/05/2012 | The.Mob.Doctor.S01E05.HDTV.x264-2HD.mp4 |
| 11/03/2012 | The.League.S04E04.HDTV.x264-LOL.mp4 |
| 11/03/2012 | Person.of.Interest.S02E05.HDTV.x264-LOL.mp4 |
| 11/03/2012 | Its.Always.Sunny.in.Philadelphia.S08E04.PROPER.HDTV.x264-2HD.mp4 |
| 11/01/2012 | Vegas.S01E05.HDTV.x264-LOL.mp4 |
| 11/01/2012 | 30.Rock.S07E05.HDTV.x264-LOL.mp4 |
| 11/01/2012 | Modern.Family.S04E06.HDTV.x264-LOL.mp4 |
| 11/01/2012 | Sons.of.Anarchy.S05E06.REPACK.HDTV.x264-2HD.mp4 |
| 11/01/2012 | Revolution.2012.S01E06.HDTV.x264-LOL.mp4 |
| 10/30/2012 | The.Walking.Dead.S03E03.720p.HDTV.x264-EVOLVE.mkv |
| 10/29/2012 | Pre-Audition-15 |
| 10/29/2012 | Boardwalk.Empire.S03E07.HDTV.x264-EVOLVE.mp4 |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| 10/29/2012 | Dexter.S07E05.HDTV.x264-ASAP.mp4 |
| 10/24/2012 | Vegas.S01E04.HDTV.x264-LOL.mp4 |
| 10/23/2012 | The.Walking.Dead.S03E02.HDTV.x264-KILLERS.[VTV].mp4 |
| 10/22/2012 | Dexter.S07E04.HDTV.x264-ASAP.mp4 |
| 10/22/2012 | Boardwalk Empire S03E06 HDTV x264-EVOLVE[ettv] |
| 10/20/2012 | Its Always Sunny In Philadelphia Season 7 Complete 720p |
| 10/20/2012 | Homeland.S01 |
| 10/20/2012 | Person.of.Interest.S02E03.HDTV.x264-LOL.mp4 |
| 10/19/2012 | Parks.and.Recreation.S05E04.HDTV.x264-LOL.mp4 |
| 10/19/2012 | 30.Rock.S07E03.HDTV.x264-LOL.mp4 |
| 10/19/2012 | Person.of.Interest.S02E03.720p.HDTV.X264-DIMENSION.mkv |
| 10/17/2012 | The.Walking.Dead.S03E01.720p.HDTV.x264-EVOLVE.mkv |
| 10/17/2012 | Revolution.2012.S01E05.HDTV.x264-LOL.mp4 |
| 10/15/2012 | The.Walking.Dead.S03E01.HDTV.x264-2HD.[VTV].mp4 |
| 10/15/2012 | Boardwalk.Empire.S03E05.HDTV.x264-ASAP.mp4 |
| 10/15/2012 | Dexter S07E03 HDTV XviD-MGD[ettv] |
| 10/15/2012 | Prometheus.deleted.scenes.mp4 |
| 10/14/2012 | Atlas Shrugged Part I (2011) BRRip 720p KrazyKarvs TMRG |
| 10/14/2012 | Mad Men Season 2 Complete |
| 10/14/2012 | Breaking.Bad.S05E08.720p.HDTV.x264-IMMERSE.mkv |
| 10/13/2012 | Its.Always.Sunny.in.Philadelphia.S08E01.HDTV.x264-EVOLVE.mp4 |
| 10/12/2012 | 30.Rock.S07E02.HDTV.x264-LOL.mp4 |
| 10/11/2012 | Abraham.Lincoln.Vampire.Hunter.2012.DVDRip.XviD-ALLiANCE |
| 10/11/2012 | Modern.Family.S04E02.HDTV.x264-LOL.mp4 |
| 10/11/2012 | South.Park.S16E10.PROPER.HDTV.x264-2HD.mp4 |
| 10/11/2012 | Modern.Family.S04E03.HDTV.x264-LOL.mp4 |
| 10/10/2012 | Revolution.2012.S01E04.HDTV.x264-LOL.mp4 |
| 10/10/2012 | Vegas.S01E03.HDTV.x264-LOL.mp4 |
| 10/09/2012 | Hell.on.Wheels.S02E09-E10.HDTV.x264-EVOLVE.[VTV].mp4 |
| 10/08/2012 | BT5R3-GNOME-32 |
| 10/08/2012 | Boardwalk.Empire.S03E04.HDTV.x264-EVOLVE.mp4 |
| 10/08/2012 | The.Mob.Doctor.S01E04.HDTV.x264-LOL.mp4 |
| 10/05/2012 | 30.Rock.S07E01.HDTV.x264-LOL.mp4 |
| 10/05/2012 | Person.of.Interest.S02E02.HDTV.x264-LOL.mp4 |
| 10/04/2012 | Sons.of.Anarchy.S05E04.REPACK.HDTV.x264-2HD.mp4 |
| 10/03/2012 | Revolution.2012.S01E03.HDTV.x264-LOL.mp4 |
| 10/03/2012 | Vegas.S01E02.HDTV.x264-LOL.mp4 |
| 10/01/2012 | The.Mob.Doctor.S01E03.HDTV.x264-2HD.mp4 |
| 10/01/2012 | Dexter.S07E01.HDTV.x264-EVOLVE.mp4 |
| 10/01/2012 | Hell.on.Wheels.S02E08.HDTV.x264-2HD.[VTV].mp4 |
| 10/01/2012 | Boardwalk.Empire.S03E03.HDTV.x264-ASAP.mp4 |
| 09/27/2012 | South.Park.S16E08.HDTV.x264-2HD.mp4 |
| 09/26/2012 | Vegas.S01E01.HDTV.x264-LOL.mp4 |
| 09/26/2012 | Sons.of.Anarchy.S05E03.HDTV.x264-ASAP.mp4 |
| 09/26/2012 | The_Walking_Dead_101_2012__Digital__Zone_Empire_.cbr |
| 09/24/2012 | Hell.on.Wheels.S02E07.HDTV.x264-ASAP.[VTV].mp4 |
| 09/24/2012 | Boardwalk Empire S03E02 HDTV x264-EVOLVE[ettv] |
| 09/17/2012 | Hell.on.Wheels.S02E06.720p.HDTV.x264-IMMERSE.mkv |
| 09/17/2012 | The.Mob.Doctor.S01E01.HDTV.x264-2HD.mp4 |
| 09/17/2012 | Hell.on.Wheels.S02E06.HDTV.x264-2HD.[VTV].mp4 |

EXHIBIT C

NIL125

| Hit Date UTC | Filename |
|---|---|
| **09/13/2012** | **Boardwalk.Empire.S02** |
| **09/11/2012** | **Weeds.S08E11.HDTV.x264-EVOLVE.mp4** |
| **09/09/2012** | **Boardwalk.Empire.Season.1.HDTV.XviD** |

EXHIBIT C

NIL125