IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DISTRICT

| | | |
|---|---|---|
| MALIBU MEDIA LLC, <br> Plaintiff, <br> <br> v. <br> <br> JOHN DOE, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No: 13 C 50287 <br> <br> Hon. Frederick J. Kapala <br> U.S. District Court Judge <br> <br> Hon. P. Michael Mahoney, <br> U.S. Magistrate Judge |

## ORDER

Plaintiff's Motion to Seal Document [3] is taken under advisement. Plaintiff's Motion to Take Discovery Before Rule 26(f) Conference [5] is granted. Upon Plaintiff's showing of good cause, the Court authorizes service of a third-party subpoena to issue to Defendant's internet service provider, Comcast, in order to ascertain Defendant's true name, address, telephone number, and e-mail address. Status hearing set for 12/4/2013 at 1:30 PM.

Date: 10/2/2013

/s/ _____
Hon. P. Michael Mahoney, U.S. Magistrate Judge