IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 3:13 cv 50287 |
| | ) | |
| vs | ) | Judge Kapala |
| | ) | |
| JOHN DOE, assigned IP address | ) | |
| 98.228.181.61 | ) | |
| | ) | |
| Defendant | ) | |

## RE-NOTICE OF MOTION

**TO:** All Parties via CM/ECF

**PLEASE TAKE NOTICE** that on **November 1, 2013 at 9:00 am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Frederick J. Kapala or any judge sitting in his stead in **Courtroom 5300** of the U.S. District Court of the Northern District of Illinois, Western Division, 327 South Church Street, Rockford, Illinois and shall present the following motion attached hereto: FOR LEAVE TO FILE RESPONSE AND EXHIBIT E TO RESPONSE UNDER SEAL

_____
CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: __/s/ Mary K. Schulz                    Date: October 29, 2013

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510