# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Western Division

Malibu Media LLC

                                         Plaintiff,

v.                                                   Case No.: 3:13−cv−50287

                                                     Honorable Frederick J. Kapala

John Doe, subscriber assigned IP address 98.228.181.61

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2013:

       MINUTE entry before the Honorable P. Michael Mahoney: Status hearing held on 12/4/2013. Status hearing set for 1/29/2014 at 1:30 PM. Mailed notice (ngm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.