# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Western Division

Malibu Media LLC

                                                    Plaintiff,

v.                                                              Case No.:
                                                                3:13−cv−50287
                                                                Honorable Frederick
                                                                J. Kapala

John Doe, subscriber assigned IP address
98.228.181.61

                                                    Defendant.

_____

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 24, 2014:

        MINUTE entry before the Honorable Frederick J. Kapala: Pursuant to notice of
voluntary dismissal, this case is dismissed without prejudice. All court dates are canceled
and any pending motions are now moot.Civil case terminated. Mailed notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.